# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ABERNATHY,<br><br>　　　　Plaintiff/Counterdefendant,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION;<br><br>　　　　Defendant/Counterclaimant. | Case No. 8:22-cv-01903-FWS-KES<br><br>**JUDGMENT** |

　　　　On December 29, 2023, after full consideration of the papers, evidence, and authorities submitted by the parties, and after hearing oral argument on October 26, 2023, the court issued an Order, (Dkt. 69 ("Summary Judgment Order")), granting Defendant Liberty Insurance Corporation's ("Defendant") Motion for Summary Judgment, (Dkt. 43), on each of Plaintiff Charles Abernathy's ("Plaintiff") claims for breach of insurance contract and bad faith breach.

　　　　In the Summary Judgment Order, the court ordered Defendant to file a proposed judgment by January 8, 2024, and Plaintiff to file any objections to the proposed judgment ten days later.  (Dkt. 69 at 23.)  Defendant filed a proposed judgment on January 8, 2024.  (Dkt. 74.)  Plaintiff did not file any objections to

Defendant's proposed judgment. (*See generally* Dkt.) At this time, the court concludes Defendant is entitled to judgment as a matter of law on all claims asserted by Plaintiff in this action.

In addition, on February 13, 2024, the court granted Defendant's unopposed Motion to Dismiss Counterclaim Without Prejudice. (Dkts. 75, 78.) This Order disposed of all the remaining claims in this matter. *See* Fed. R. Civ. P. 54(b). Therefore, the court **ORDERS** the following:

1. Final judgment is entered in favor of Defendant and against Plaintiff on all claims asserted by Plaintiff against Defendant. Plaintiff shall recover nothing from Defendant.
2. Any motion or application for costs made by Defendant must be filed in compliance with L.R. 54-2, *et seq*.
3. The Clerk is hereby directed to enter Judgment forthwith.

**IT IS SO ORDERED**.

Dated: February 14, 2024

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE